RG 3194962/ EV1

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Root Insurance Company** | ) | **CASE NO.** _____ |
| As Subrogee of Sharon Shroyer | ) | |
| 80 East Rich Street, Suite 500 | ) | |
| Columbus, OH 43215 | ) | **JUDGE**:_____ |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **United States of America** | ) | |
| Serve: Secretary of the Department of | ) | |
| Veterans Affairs | ) | |
| The Honorable Douglas A. Collins | ) | |
| Secretary, U.S. Department of | ) | |
| Veterans Affairs | ) | |
| 810 Vermont Avenue NW | ) | |
| Washington, D.C. 20420 | ) | |
| | ) | |
| | ) | **PLAINTIFF'S COMPLAINT** |
| | ) | |
| _____ | ) | |

Plaintiff, by and through counsel, and for its Complaint against Defendant, states the following:

### *Jurisdiction*

1. This Court has jurisdiction over this Civil Action pursuant to the Federal Tort Claims Act, 28 U.S.C. 1346 since it arises from the conduct of Jeromy R Bacher ("Bacher"), an employee of the Department of Veterans Affairs branch of Defendant United States of America, who was acting in the course and scope of his employment.

### *Venue*

2. Venue is proper in this District because the automobile accident from which this

RG 3194962/ EV1

Civil Action arises occurred in the Indiana, specifically in the area of N State Road 227

intersecting with I-70 East, Wayne County, Indiana.

*Facts*

3.   At all times relevant hereto, Plaintiff, Root Insurance Company ("Root"), provided an
     automobile insurance policy to its insured, Sharon Shroyer ("Shroyer").

4.   On or about May 25, 2023, while in the course and scope of his employment with the
     Department of Veterans Affairs, Bacher was operating a motor vehicle owned by the
     Department of Veterans Affairs on N State Road 227 intersecting with I-70 East,
     Wayne County, Indiana.

5.   While operating said vehicle, Bacher negligently failed to maintain a proper lookout
     and failed to yield right of way when making a left turn causing a collision with a
     vehicle owned by Shroyer.

6.   As a direct and proximate result of Bacher's negligence, Shroyer's vehicle was
     damaged.

7.   The damages to Shroyer's vehicle were the proximate result of Bacher's negligence
     and was not caused in any way by the actions or inactions of Shroyer or any third
     party.

8.   Pursuant to its insurance policy with Shroyer, Plaintiff was obligated to, and did,
     pay the sum of $11,454.70 to or on behalf of Hernandez, who sustained the $1,000.00
     deductible.

RG 3194962/ EV1

9. Defendant USA is vicariously liable for the negligence of Bacher, who was acting within the course and scope of their employment with the Department of Veterans Affairs and in furtherance of Defendant USA's business.

10. On or about April 11, 2025, Plaintiff presented a Standard Form 95 claim for damages to Defendant USA, through the Department of Veterans Affairs, pursuant to the terms of the Federal Tort Claims Act (28 U.S.C. 2675). *See* Exhibit A

11. Upon information and belief, the Department of Veterans Affairs acknowledged Plaintiff's demand on April 25, 2025, the Maryland National Guard has not accepted or rejected this claim. *See* Exhibit B.

12. Plaintiff, pursuant to its subrogation rights, seeks the sum of $11,454.70 from Defendant.

WHEREFORE, Plaintiff request Judgment against Defendant in the amount of $11,454.70 with statutory interest from the date of judgment plus costs of this action.

Respectfully submitted,
RATHBONE GROUP, LLC


By: _/s/ Steven E. Alsip_____
Steven E. Alsip
Rathbone Group, LLC
1250 E Granger Rd
Cleveland, OH 44131-1234
800-870-5521
salsip@rathbonegroup.com